# Court of Appeals
# of the State of Georgia

ATLANTA,   July 03, 2014

*The Court of Appeals hereby passes the following order:*

## A14A0412.  STALLWORTH v. CITIMORTGAGE, INC.

Rodgers A. Stallworth appeals from the grant of summary judgment against him.  The record transmitted to this Court includes a partial transcript of Stallworth's deposition taken on November 28, 2012.  The transcript is partial in that it lacks all even-numbered pages:  2 through 104.

It is hereby ordered that this case be REMANDED to the trial court for completion of the record.  It is further ordered that, upon the filing of the complete transcript of Stallworth's deposition in the trial court, the clerk of the trial court shall transmit said transcript to this Court for the re-docketing of this case in this Court.



*Court of Appeals of the State of Georgia*
*   Clerk's Office, Atlanta,* 07/03/2014
*   I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*   Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*